FILED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
F.C.C. U.S.P.
P.O. BOX 1034
COLEMAN, FL. 33521
    Plaintiff,

v.   Civil

UNITED STATES
POSTAL SERVICE
475 L'ENFANT PLAZA S.W.
WASHINGTON, D.C. 20260,
    Defendant.

CASE NUMBER 1:06CV02134
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 12/14/2006

## COMPLAINT

Plaintiff request is for a Address Location identified as "3696 Sellman Road Beltsville, Maryland 20705."

RECEIVED
DEC 04 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff exhausted his administrative remedies, and requesting the Court to Order the Defendant to disclose the Address Location identified as "3696 Sellman Road Beltsville, Maryland 20705".

If necessary, Plaintiff demand a trial by jury. If plaintiff prevail in his action, he should be entitle to fees that are provided for in 41 CFR Section 105-60 303(e), and pursuant to Section F.O.I.A. 5 U.S.C. § 552(a)(4)(E).

DAMON ELLIOTT 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, FL. 33521

RECORDS OFFICE


**UNITED STATES POSTAL SERVICE**

July 11, 2006

Damon Elliott
31034-037
Federal Corrections Complex
United States Penitentiary - 2
PO Box 1034
Coleman, FL 33521

RE: FOIA Case No. 2006-FPRO-00513

Dear Mr. Elliott:

This responds to your request dated May 27, 2006 for current mailing address, change of address or post office box holder information regarding a postal customer.

The Postal Service does not keep a centralized file of the whereabouts of all of its customers. We have no need for such a file since we deliver to addresses or delivery points rather than to individuals. Nevertheless, a customer who moves may opt to file a change of address order to have his or her mail forwarded to a new address. This information is kept on file for 24 months.

Our change of address orders and post office box holder records are maintained within a Privacy Act system of records (USPS 800.00 – Address Change, Mail Forwarding, and Related Services and USPS 880.000 – Post Office and Retail Services, respectively). These records are protected from disclosure by the Privacy Act, 5 U.S.C. § 552a. Pursuant to subsection (b) of the Act, we are prohibited from complying with your request unless the individual in question consents in writing to the disclosure.

In limited circumstances only, the Privacy Act allows federal agencies to disclose Privacy Act protected information without the written consent of the individual, such as an established routine use or a court order to release them to a third party. There is no routine use or statutory exception that would permit disclosure of the requested records to you. Enclosed herewith is a copy of Postal Service regulations (section 265.6(d) of Title 39, Code of Federal Regulations) governing the disclosure of addresses and box holder information. As you can see, this type of information about an individual or family may not be released except in limited circumstances such as to government agencies and process servers or as required by a subpoena or court order. A request for address or box holder information for the purpose of serving legal process must be in writing and contain all of the information and the certification required at section 265.6(d)(5)(ii) of Title 39, Code of Federal Regulations. Provided all the requirements are met, the request should be sent to the postmaster of the old address.

Furthermore, we consider change of address orders and post office box holder information to be protected from disclosure by Exemptions 3 and 6 of the Freedom of Information Act (FOIA). Exemption 3 applies to information that is exempt from disclosure under another federal statute. The statute relied upon is 39 U.S.C. §410(c)(1), which permits the withholding of the name or address, past or present, of any Postal Service customer. We consider that 39 U.S.C. § 410(c)(1) operates independently and as an exempting statute within the scope of Exemption 3 of

475 L'ENFANT PLAZA SW, RM. 5821
WASHINGTON DC 20260-5821
(202)268-2608
FAX: (202)268-5353

06 2134

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 2 -

the FOIA. Exemption 6 permits withholding documents where release of personnel and similar files would constitute a clearly unwarranted invasion of personal privacy. Any records which contain information concerning particular individuals, may qualify for the exemption's protection. Therefore, records that relate to change of address forms of individuals are "files" within the meaning of the exemption. The disclosure of this information would serve no public interest and would not shed light on the operations of the Postal Service.

If you construe this response to be a denial of your request, you may appeal by writing to the Chief Counsel, Customer Programs, U.S. Postal Service, 475 L'Enfant Plaza SW, Washington DC 20260, within 30 days of the date of this letter. The letter of appeal should include statements concerning this response, the reasons why it is believed to be erroneous, and the relief sought, along with copies of the original request letter, this letter, and any other related correspondence.

Sincerely,

Nicole A. Ray

Enclosure

CORPORATE LAW


**UNITED STATES**
**POSTAL SERVICE**

September 8, 2006

Mr. Damon Elliott
#31034-037
Federal Corrections Complex
United States Penitentiary – 2
PO Box 1034
Coleman, FL 33521-1034

Freedom of Information Act Appeal 06-139

Dear Mr. Elliott:

This responds to your letter dated August 4, 2006, received by our office on August 11, 2006. In that letter, you appeal the denial of your Freedom of Information Act (FOIA) request.

As background, by letter dated May 11, 2006, you requested information relating to the verification of the street address identified as "3695 Sellman Road, Beltsville, MD 20705 in 1997 until now." By letter dated July 11, 2006, Nicole A. Ray, Records Office, denied your initial request pursuant to Exemptions 3 and 6 FOIA. 5 U.S.C. § 552(b)(3), (b)(6). You then submitted this appeal.

We understand why you might feel that we should take the time to look up a mailing address for you, since many years ago, when mail volume was much lighter, we provided directory service for all First-Class Mail letters. Now, however, we only provide directory service for obviously perishable items, Express Mail items, and noncircular international, registered, insured, certified, and COD mail items. Your request does not fall into any of those categories.

After review, we uphold Ms. Ray's initial decision but for the reasons stated below. We uphold the initial decision with respect to your request for information for address verification pursuant to FOIA Exemption 6.

2

Before addressing the merits of your request for address verification, we first direct your attention to a preliminary issue. In your appeal, you request information not documents. We interpret this request to require that a report be created for you. The FOIA is a record and documents statute that permits access only to federal agency records unless the records qualify for one of several exemptions. See 5 U.S.C. §552(a)(3), (b)(1)-(9). Under the FOIA, an individual may only obtain access to records "written or transcribed to perpetuate knowledge or events." DiViao v. Kelly, 571 F.2d 538, 542-43 (10th Cir. 1978). (citing Nichols v. United States, 325 F. Supp. 130 (D. Kan. 1971), aff'd, 460 F.2d 671 (10th Cir. 1972)). The core purpose of the FOIA is to provide the public with information about the conduct of government agencies. The FOIA does not require the Postal Service to provide you with explanations or other information that is not contained in agency records. Although a custodian may respond to questions posed of the government at his or her discretion, the FOIA neither requires an agency to answer questions disguised as a FOIA request, DiViao, 571 F.2d at 542, nor compels an agency to create documents or opinions in response to an individual's request for information. See N.L.R.B. v. Sears, Roebuck and Co., 421 U.S. 132, 162 (1975). In sum, the FOIA does not require compliance with your request to the extent you seek generation of a report not in agency records.

Further, the FOIA does not require the Postal Service to release the address information that you seek. As information, postal regulations permit the release of certain address information for limited purposes, such as service of process. 39 C.F.R. § 265.6(d)(5)(ii).[1]

FOIA Exemption 6 exempts from mandatory disclosure "personnel and medical files and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6). Any records that contain information pertaining to a particular individual may qualify for protection under Exemption 6. See Dep't of State v. Washington Post Co., 456 U.S. 595, 602 (1982). Once this threshold has been satisfied, the agency must determine whether disclosure of the records would "constitute a clearly unwarranted invasion of personal privacy," which requires a balancing of the privacy interest and the public interest involved. Dep't of the Air Force v. Rose, 425 U.S. 352, 372 (1976). We do not consider that there is a sufficient public interest in disclosure of an individual's signature to overcome an individual's privacy interest in such information. For purposes of the FOIA, the public interest favoring disclosure must be the interest of the public in general—shedding light on the conduct of federal agencies—and not the particular interest of the requester. National Association of Retired Federal Employees v. Horner, 879 F.2d at 879. Thus, your personal interest in obtaining the records does not weigh in favor of disclosure. See Massey v. FBI, 3 F.3d 620, 625 (2d Cir. 1993).

---

[1] Also enclosed with this letter is a copy of Postal Service Handbook AS-353 § 5-2(d).

3

This is the final decision of the Postal Service on your right of access pursuant to the FOIA to these records. You may seek judicial review of this decision by bringing suit for that purpose in the United States District Court for the district in which you reside or have your principal place of business, the district in which the records are located, or in the District of Columbia.

I am sorry that our response can not be more favorable. Thank you for your interest.

For the General Counsel,

*Alverno/by MHR*

Anthony F. Alverno
Chief Counsel
Customer Programs

Enclosure

cc:     N. A. Ray

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

06-2134
JDB

## I (a) PLAINTIFFS

Damon Elliott

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS

United States Postal Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#31034-037

CASE NUMBER  1:06CV02134
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES   ☐ NO   If yes, please complete related case form.

DATE 12.14.06   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd