**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAMON ELLIOT,** ) | |
| ) | |
| **Plaintiff pro se,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2134 (JDB) |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a two week extension of time, to and including February 5, 2007, within which to respond to plaintiff's Complaint. This is Defendant's counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.

For cause, Defendant states as follows:

The United States Postal Service agency counsel only received notice of this lawsuit the week of January 8, 2007, as a result of a clerical error. As of the time of filing this motion, agency counsel is in the process of obtaining the relevant files regarding the history of this matter. Defendant requests additional time to review this information once it is obtained and to prepare and file a dispositive motion in response to plaintiff's Complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: January 18, 2007.

                                         Respectfully submitted,

                                         ____/s_/_____
                                         JEFFREY A. TAYLOR, D.C. BAR #498610
                                         United States Attorney


                                         _____/s/_____
                                         RUDOLPH CONTRERAS, D.C. Bar # 434122
                                         Assistant United States Attorney


                                         __/s/_____
                                         ALEXANDER D. SHOAIBI,
                                         Assistant United States Attorney
                                         5O1 Third Street, N.W., Rm E-4818
                                         Washington, D.C.  20530
                                         (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **18th** day of January, 2007, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Damon Elliot 31034-037
>F.C.C. U.S.P.
>P.O. Box 1034
>Coleman, Florida 33521

> /s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, | ) |
| | ) |
| Plaintiff pro se, | ) |
| | ) |
| v. | )   Civil Action No. 06-2134 (JDB) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before February 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007