**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAMON ELLIOT, | ) | |
| | ) | |
| Plaintiff pro se, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2134 (JDB) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant United States

Postal Service respectfully moves for an additional two week extension of time, to and including

February 19, 2007, within which to respond to plaintiff's Complaint.  This is Defendant's

second request for an enlargement of time for this purpose. Defendant did not obtain the position

of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman,

Florida.

For cause, Defendant states as follows:

The United States Postal Service agency counsel recently received the relevant files on

this matter after defendant requested its first enlargement of time in which to respond to

plaintiff's complaint. The dispositive motion responsive to plaintiff's complaint has not yet been

completed because of pressing obligations in other matters being handled by counsel.  Granting

this second enlargement of time will provide counsel for defendant sufficient opportunity to

complete the dispositive motion in this case, while addressing conflicting responsibilities.

For the foregoing reasons, Defendant respectfully requests that this second motion for a

two week enlargement of time be granted.[1]

Dated: February 2, 2007.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
501 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this __2nd__ day of February, 2007, I caused the foregoing

**Defendant's Second Motion for Enlargement of Time** to be served on plaintiff, postage

prepaid, addressed as follows:

> Damon Elliot 31034-037
> F.C.C. U.S.P.
> P.O. Box 1034
> Coleman, Florida 33521

> _/s/_____
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAMON ELLIOT,** | ) | |
| | ) | |
| **Plaintiff pro se,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-2134 (JDB)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

**UPON CONSIDERATION** of defendant's second motion for enlargement of time to

respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that

defendant shall file its response to plaintiff's complaint on or before February 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007