UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA **RECEIVED**

MAR 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,

    Plaintiff,


    v.                 Civil Action No. 06-2134 (JDB)


UNITED STATES POSTAL SERVICE,

    Defendant.


## MOTION FOR
## APPOINTMENT OF COUNSEL


Plaintiff application to proceed in forma pauperis was granted and he is litigating this lawsuit in a _pro se_ capacity.

Plaintiff is entitled to have his pleadings viewed in a less restrictive manner than pleadings submitted by Attorneys. Accordingly, he shall be allowed to present his case in his own written words without strict adherence to technical requirements, as is expected of attorneys.

Otherwise, plaintiff request the Court to appoint counsel.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


DAMON ELLIOTT,

    Plaintiff,


    V.                       Civil Action No. 06-2134 (JDB)


UNITED STATES POSTAL SERVICE,

    Defendant.


## PLAINTIFF OPPOSITION MOTION


## FACTUAL BACKGROUND


    Plaintiff was convicted in August of 1997, in the U.S. District Court for the District of Maryland (97-053 PJM) for the accusation of violating 18 U.S.C. § 2241.

    The Government Witness, Pamela Ann Cochran testified that the crime transpired at "3696 Sellman Road Beltsville, Maryland 20705."

"3696 Sellman Road Beltsville, Maryland 20705." see Ray Decl. at Exhibit A.

Plaintiff did not request the whereabouts of its customers, or records concerning change of address to have mail forward to a new address as defendant stated. see Ray Decl. at Exhibit B.

The defendant search its records and indicated that the address identified by plaintiff is not a valid delivery point for mail, and defendant consequently has no records in its possession pertaining to this address. see Ray Decl. at 8, Blakley Decl. at 6. Defendant stated, "the search of its records found no information responsive to plaintiff's request."

## REMEDY

What records were searched, by whom, and through what process? Disclose the street verification to the requested address, demand trial by jury, and if plaintiff prevail, he is thus entitle to fees. The Court should grant an award, and defendant shall pay Court fees, litigation costs and any other costs.

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I mailed a complete copy of this Opposition Motion, and Motion for Appointment of Counsel by U.S. Postage Prepaid mail address to:

Alexander D. Shoaibi
A. U.S.A.
501 Third St., N.W. RM. E-4218
Washington, D.C. 20530

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521