## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAMON ELLIOT,** | ) | |
| | ) | |
| **Plaintiff pro se,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-2134 (JDB)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for a one week extension of time, to and including March 22 , 2007, within which to file a reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. This is Defendant's  first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.

For cause, Defendant states as follows:

Plaintiff's opposition was sent to undersigned counsel while undersigned counsel was in a mandatory offsite Civil Division training on March 8 and 9, 2007.  Undersigned counsel then went to New York for oral argument of the case of <u>Barry v. Gonzales</u> before the Second Circuit Court of Appeals on March 12, 2007.  Following the argument, undersigned counsel learned of the death of a close family friend, and went directly to Connecticut to attend the funeral.  Because of these conflicting responsibilities, undersigned counsel has been unable to complete a reply in this case.

For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.[1]


Dated: March 15, 2007.                    Respectfully submitted,

                                         ___/s_/_____
                                         JEFFREY A. TAYLOR, D.C. BAR #498610
                                         United States Attorney



                                         _____/s/_____
                                         RUDOLPH CONTRERAS, D.C. Bar # 434122
                                         Assistant United States Attorney



                                         __/s/_____
                                         ALEXANDER D. SHOAIBI,
                                         Assistant United States Attorney
                                         5O1 Third Street, N.W., Rm E-4818
                                         Washington, D.C.  20530
                                         (202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __15th__ day of March, 2007, I caused the foregoing

**Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

> Damon Elliot 31034-037
> F.C.C. U.S.P.
> P.O. Box 1034
> Coleman, Florida 33521


  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAMON ELLIOT,** | ) | |
| | ) | |
| **Plaintiff pro se,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-2134 (JDB)** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to file a

reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary

judgment, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file

its response to plaintiff's complaint on or before March 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007