UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | Civil Action No. 06-2134 (JDB) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for an additional one week extension of time, to and including March 29 , 2007, within which to file a reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. This is Defendant's second request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff is incarcerated in a Federal Penitentiary in Coleman, Florida.    For cause, Defendant states as follows:

Undersigned counsel, after reviewing plaintiff's opposition and discussing it with agency counsel for defendant, believes it necessary to file a supplemental declaration in support of defendant's reply.  Defendant requests an additional week to obtain this supplemental declaration, because of conflicting responsibilities both of agency counsel for defendant and of the individual designated to prepare and sign this declaration.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: March 21, 2007.

                                       Respectfully submitted,

                                       ___/s_/_____
                                       JEFFREY A. TAYLOR, D.C. BAR #498610
                                       United States Attorney

                                       _____/s/_____
                                       RUDOLPH CONTRERAS, D.C. Bar # 434122
                                       Assistant United States Attorney

                                       __/s/_____
                                       ALEXANDER D. SHOAIBI,
                                       Assistant United States Attorney
                                       5O1 Third Street, N.W., Rm E-4818
                                       Washington, D.C.  20530
                                       (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __21st__ day of March, 2007, I caused the foregoing **Defendant's Second Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

>Damon Elliot 31034-037
>F.C.C. U.S.P.
>P.O. Box 1034
>Coleman, Florida 33521

>/s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOT,** )<br>)<br>**Plaintiff pro se,** )<br>)<br>v. )<br>)<br>**UNITED STATES POSTAL SERVICE,** )<br>)<br>**Defendant.** ) | Civil Action No. 06-2134 (JDB) |

## ORDER

**UPON CONSIDERATION** of defendant's second motion for enlargement of time to file its reply to plaintiff's opposition to defendant's dispositive motion, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its reply on or before March 29, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007