UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　Defendant. | Civil Action No.  06-2134 (JDB) |

## ORDER

　　For the reasons stated in the accompanying Memorandum Opinion, it is hereby

　　ORDERED that defendant's motion to dismiss [Dkt. #10] is DENIED, and its motion for summary judgment [Dkt. #11] is GRANTED.  It is further

　　ORDERED that JUDGMENT shall be entered in defendant's favor.

　　This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  May 30, 2007